

# IN THE
# TENTH COURT OF APPEALS

## No. 10-19-00439-CR

**JUAN RODRIGUEZ GUAJARDO,**

                        **Appellant**

 **v.**

**THE STATE OF TEXAS,**

                        **Appellee**

---

**From the 54th District Court
McLennan County, Texas
Trial Court No. 2014-1196-C2**

---

## MEMORANDUM OPINION

---

Juan Rodriguez Guajardo was convicted of continuous sexual abuse of a young child (Count I) and indecency with a child by contact (Count II). The jury assessed Guajardo's punishment at life imprisonment for Count I and twenty years' imprisonment for Count II. The sentences were ordered to run concurrently. This is the appeal of his indecency-with-a-child-by-contact (Count II) conviction.

Guajardo's appointed counsel filed a motion to withdraw and an *Anders* brief in support of the motion asserting that he has diligently reviewed the appellate record and

that, in his opinion, the appeal is frivolous. *See Anders v. California*, 386 U.S. 738 (1967). Counsel's brief evidences a professional evaluation of the record for error and compliance with the other duties of appointed counsel. We conclude that counsel has performed the duties required of appointed counsel. *See Anders v. California*, 386 U.S. at 744; *High v. State*, 573 S.W.2d 807, 812 (Tex. Crim. App. 1978); s*ee also Kelly v. State*, 436 S.W.3d 313, 319-320 (Tex. Crim. App. 2014); *In re Schulman*, 252 S.W.3d 403, 407 (Tex. Crim. App. 2008).

In reviewing an *Anders* appeal, we must, "after a full examination of all the proceedings, ... decide whether the case is wholly frivolous." *Anders v. California*, 386 U.S. at 744; *see Penson v. Ohio*, 488 U.S. 75, 80 (1988); *accord Stafford v. State*, 813 S.W.2d 503, 509-11 (Tex. Crim. App. 1991). An appeal is "wholly frivolous" or "without merit" when it "lacks any basis in law or fact." *McCoy v. Court of Appeals*, 486 U.S. 429, 439 n. 10 (1988). After a review of the entire record in this appeal, we have determined the appeal to be wholly frivolous. *See Bledsoe v. State*, 178 S.W.3d 824, 826-27 (Tex. Crim. App. 2005). Accordingly, we affirm the trial court's judgment as to Count II.

Counsel's motion to withdraw from representation of Guajardo as to Count II is granted.

REX D. DAVIS
Justice

Before Chief Justice Gray,
　　　Justice Davis, and
　　　Justice Neill
Affirmed; motion granted
Opinion delivered and filed February 19, 2020
Do not publish
[CRPM]

